ERNEST CURRY, Plaintiff (LOUIS N. FORMAN, Appellant), v. ANCHOR MOTOR FREIGHT N. Y. CORPORATION, Respondent.— All concur.

BENJAMIN H. DAVIS, Individually and Doing Business as RUSTIC WOOD NOVELTY WORKS, Appellant, v. FRIEDA S. MILLER, as Industrial Commissioner, et al., Respondents.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO DIVITO, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, Respondent.— All concur.

MOLLIE EAGLE, Appellant, v. BENJAMIN CHERNEY et al., Respondents.— All concur.

In the Matter of the Claim of BENNY PEARLMAN, Appellant, against PHILIP GREENBERGER et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of ELIZABETH TELESCO et al., Appellants, against CITY OF NEW YORK, Respondent. STATE INDUSTRIAL BOARD, Respondent.— All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERNEST O. VON MOSER, Appellant, against NEW YORK STATE PAROLE BOARD, Respondent.— All concur.

In the Matter of the Claim of LOUIS RAINER, Respondent, against MODERN MANUFACTURING COMPANY et al., Appellants. STATE INDUSTRIAL BOARD et al., Respondents.— All concur.

In the Matter of the Claim of MICHAEL CONNELL, Respondent, against WALSH CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of LILLIAN GOLDSTEIN, Respondent, against BLEIBERG PLUMBING SUPPLIES, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of JOHN H. EATON, Respondent, against WEBSTER MOTORS OF GLENS FALLS, INC., et al., Appellants.— All concur.

In the Matter of the Claim of ALEX SEPOS, Respondent, against VAN EPPS CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of ANNA LANE, Respondent, against FITZGERALD CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.

In the Matter of the Claim of EARL W. BROWN, Respondent, against USHCO MANUFACTURING COMPANY, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.— All concur.